UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
ATLANTA Division

IN RE: : Case No.
Asher Ray Sr., :
    Debtor. : Chapter 7

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

__X__     I am unemployed; or

____     I am self-employed; or

____     My employer did not provide pay stubs. or

____     Other:

_____

_____

_____

Dated: 09 / 04 / 2021          *Aher Ray* /s/
                                            Asher Ray Sr.

King & King Law, LLC
215 Pryor Street
Atlanta, Georgia 30303